

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael C. Hanlon*
*Assistant United States Attorney*
*Chief, Criminal Division*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4895*
*MAIN: 410-209-4800*
*FAX: 410-962-9293*
*Michael.Hanlon@usdoj.gov*

March 3, 2026

The Honorable Paula Xinis
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>United States v. Charles Pollack (Cartu et al.)</u>
             Crim. No. PX-21-0331

Dear Judge Xinis:

    The government is writing concerning whether a dismissal of the indictment as to the above-referenced Defendant should be without prejudice if the Court finds a violation of the Sixth Amendment right to a speedy trial.

    For the reasons discussed in its previous submissions in this case, the government continues to oppose any dismissal of the indictment. However, if the Court dismisses the indictment as to Defendant Charles Pollack based on a constitutional speedy trial violation, the government believes that such dismissal should be with prejudice.

                                                    Very truly yours,

                                                    Kelly O. Hayes
                                                   United States Attorney

                                                   _____/s/_____
                                                   Michael C. Hanlon
                                                   Assistant United States Attorney

cc:    Eugene Gorokhov, Esquire
        Joshua Rosenthal, AUSA
        Philip Trout, DOJ Fraud Section Acting Assistant Chief
        David Hamstra, DOJ Fraud Section Trial Attorney